IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSEPH CLAYPOOL,<br><br>                    Defendant. | **8:16CR291**<br><br>**ORDER** |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 25) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Joseph Claypool. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 25) is GRANTED.
2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Joseph Claypool.

Dated this 7th day of February, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge